

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★ SEP 1 2 2005 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY WASHINGTON,

                      Plaintiff,

- against -

NASSAU COUNTY, NASSAU COUNTY
SHERIFF'S DEPARTMENT, UNDERSHERIFF
JOHN D. MAGUIRE, LIEUTENANT PETER
DUDEK, SERGEANT DONNA ANDERSON,
individually and in their official capacities,

                      Defendants.
-----------------------------------------------------------X

**MEMORANDUM
AND
ORDER**

CV-04-0544 (TCP)(ETB)

PLATT, District Judge:

      Before the Court is a Report and Recommendation of U. S. Magistrate Judge E. Thomas Boyle dated August 4, 2005, which determined that this action should be dismissed on the grounds that Plaintiff has failed to comply with orders of this Court and has abandoned this action.

      No objections to the Report having been filed, the Report is **AFFIRMED** and **ADOPTED** as an Order of this Court, and this case is hereby **DISMISSED**.

**SO ORDERED**.

                                                      Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
         September 12, 2005

DF

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★ SEP 1 2 2005 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARY WASHINGTON,

         Plaintiff,

 - against -

NASSAU COUNTY, NASSAU COUNTY
SHERIFF'S DEPARTMENT, UNDERSHERIFF
JOHN D. MAGUIRE, LIEUTENANT PETER
DUDEK, SERGEANT DONNA ANDERSON,
individually and in their official capacities,

         Defendants.
-------------------------------------------------------------X

**MEMORANDUM
AND
ORDER**

CV-04-0544 (TCP)(ETB)

PLATT, District Judge:

  Before the Court is a Report and Recommendation of U. S. Magistrate Judge E. Thomas Boyle dated August 4, 2005, which determined that this action should be dismissed on the grounds that Plaintiff has failed to comply with orders of this Court and has abandoned this action.

  No objections to the Report having been filed, the Report is **AFFIRMED** and **ADOPTED** as an Order of this Court, and this case is hereby **DISMISSED**.

**SO ORDERED.**

               Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
   September 12, 2005